# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2680

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Rodney Harper, | * | [Unpublished] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 20, 2002
Filed: December 27, 2002

_____

Before BOWMAN, MURPHY, and RILEY, Circuit Judges.

_____

PER CURIAM.

Rodney Harper pleaded guilty to possessing with intent to distribute more than 50 grams of a mixture containing cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii); and carrying a firearm during and in relation to a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). The district court[1] sentenced Harper to consecutive prison terms of 151 months on the drug conviction and 60 months on the firearm conviction; concurrent supervised-release terms of 5 years and 3 years, respectively; and a $2,500 fine. On appeal, Harper's counsel has moved to withdraw,

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), raising numerous points.

Counsel correctly notes that none of these points present a meritorious issue. After conducting a careful, independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issues. Thus, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.